ISIDOR WEISS and HENRY F. OTTO, Respondents, v. FOX THEATRES CORPORATION and Others, Appellants. HALSEY, STUART & Co., INC., and Others, Defend-

ants.—Appeal dismissed, without costs, upon stipulation of counsel. Present — Lazansky, P. J., Rich, Kappar, Hagarty and Scudder, JJ. [136 Misc. 312 ]